IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**GREGORY KELLY AND**
**ANNETTE B. KELLY**
**Plaintiff,**
vs

**CASE NO.:** 2:25-cv-00992-MHT-JTA

**GREENWOOD SERENITY**
**MEMORIAL GARDENS**
**Defendant,**

## ORIGINAL COMPLAINT

**Comes Now**, the Plaintiffs, Gregory Kelly and Annette B. Kelly file this civil right action challenges the exclusion of Black, Hispanic, Latino and other minority race individuals from burial in the Dignity Memorial Cemetery in Montgomery, AL. The Defendant Greenwood Serenity Memorial Gardens and its caretakers maintain a Rule of burying only white Anglo individuals in certain parts of Greenwood Cemetery in violations of federal and state prohibition on race and national origin discrimination. The Plaintiffs seek declaratory and injunctive relief to halt the implementation of the rule and permit racial integration of the Greenwood Serenity Cemetery.

1

## I. JURISDICTION AND VENUE

1. This Court has original jurisdiction under 28 U.S.C, 1331 and 28 U.S.C, 1343 over the Plaintiffs causes of action under the laws and Constitutions of the United States and supplement jurisdiction over the Plaintiffs request for declaratory and injunctive relief under 28 U.S. Code §§ 2201 and 2202.

2. Venue is proper in this judicial district under 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, Defendant, Greenwood Serenity Cemetery regularly conducts business in this District, and the named Plaintiff resides in this District

## II. PARTIES

2. **Plaintiff Gregory Kelly**, is a black male, over the age of sixty (60) years, and at all times relevant hereto was a resident of Montgomery, Montgomery County, Alabama, which is encompassed in the area of the United States District Court for The Middle District of Alabama, Northen Division,

3. **Plaintiff Annette B. Kelly** is a black female, over the age of sixty (60) years, and at all times relevant hereto was a resident of Montgomery, Montgomery County, Alabama, which is encompassed in the area of the United States District Court for The Middle District of Alabama, Northen Division.

4. **Defendant, Greenwood Serenity Cemetery**, is a cemetery located at 909 Lincoln Rd in Montgomery, AL 36109. Greenwood Serenity Cemetery is party of Dignity Memorial network. Greenwood Serenity Cemetery is encompassed in the area of the United States District Court for The Middle District of Alabama, Northen Division.

### III. FACTUAL ALLEGATIONS

5. Greenwood Cemetery been open since 1901 and spread across 150 acres

6. The city of Montgomery, Alabama's population is predominantly Black (around 60%), followed by White (around 29%), with smaller percentages of Asian, Multiracial, Native American, and Pacific Islander residents.

7. For decades, the owners of Greenwood Cemetery have implemented a **"white only" rule** in certain sections of Greenwood Cemetery, under which the Defendant only allows burial in the cemetery for white Anglo individuals.

8. The Rule prohibits on the basis of race, color and national origin, interment Greenwood Serenity Cemetery of person **who are not white Anglo including Black, Hispanic, Latino and other minority race individuals**

9. The Rule also further bans on the basis of race, color and national origin from engaging in the following business activities: making and enforcing a contract for a burial plot, and purchasing, holding or conveying a burial plot to heirs at the Greenwood Serenity Cemetery.

10. Since 1901, the Defendant Greenwood Cemetery has **applied "the Rule"** where funeral plots are segregated into a variety of sections for sub-populations like the white Anglo individuals, Blacks, Hispanics, Latinos Jews, the Masons, and the civil war and U.S military veterans.

11. **The Defendant, Greenwood Cemetery recently applied "the Rule " on March 18, 2025,** when the Plaintiff, Gregory Kelly, sign a pre-need contract for funeral products and services including a burial plot with **Defendant,** Greenwood Cemetery and Dignity. **(Ex 1)**

12. The Defendant like PNC Bank is involved in a major prepaid funeral trust scam where the Defendant served as trustee for funds meant for funeral expenses but failed to prevent the siphoning of those funds **(Ex 2)**

13. The Defendant assigned the Plaintiff, Gregory Kelly, a funeral plot in the non- white section of the cemetery due the Plaintiff's race and color

14. Defendant, Greenwood Cemetery, has " **NEVER RESCINDED**" whites only" Rules, and the Rules remains in effect today.

15. The Defendant, Greenwood Cemetery, is using a funeral service surveillance and discriminatory pricing model for funeral products and services including burial plots where prices varied significantly for the same item between different customers, especially for white and nonwhite customers at the same time, **like seen in Instacart experiments**. **(Ex 3)**

## COUNT 1: FEDERAL CAUSE OF ACTION
## VIOLATION OF CIVIL RIGHTS ACT OF 1866, 42 U.S.C §§1981

16. The Civil Rights Act of 1866 as amended, 42 U.S.C §1981 guarantees: "All persons within the jurisdiction of the United States shall have the same right in every State and Territory to **make and enforce contracts,** to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and 42 U.S.C §1981(b) providers: "For purposes of the section, the term makes and enforce contracts includes the modification and termination of contracts, and the enjoyment of all benefits, privileges, term and conditions of the contractual relations.

17. By the conduct, actions and acts described above, the Defendant, Greenwood Cemetery intentionally deprive Blacks, Hispanics, Latinos and the Plaintiffs on the basis of race and color of the same rights as are enjoyed by white citizens to make and enforce contracts for funeral and burial services and burial plots in violation of 42 U.S.C §1981.

18. The Defendant, Greenwood Cemetery, has acted with malice and/or reckless disregard Blacks, Hispanics, Latinos and the Plaintiffs, thereby entitling the Plaintiffs to an award of punitive damages.

## COUNT 2: FEDERAL CAUSE OF ACTION
## VIOLATION OF CIVIL RIGHTS ACT OF 1866, 42 U.S.C §§1982

19. The Civil Rights Act of 1866 as amended, 42 U.S.C §1982 guarantee: All citizens shall have the same rights, in every State and Territory as is enjoyed by white citizens therefore to inherit, purchase, lease, see, hold, and convey real and personal property

20. By the conduct, actions and acts described above, the Defendant, Greenwood Cemetery, intentionally deprive Blacks, Hispanics, Latinos and the Plaintiffs on the basis of race and color of the same rights as are enjoyed by white citizens to inherit, purchase, hold, and convey burial plots in violation of 42 U.S.C §1982

21. The Defendant, Greenwood Cemetery, has acted with malice and/or reckless disregard Blacks, Hispanics, Latinos and the Plaintiffs, thereby entitling the Plaintiffs to an award of punitive damages.

22. Therefore, the Plaintiffs pray for the actual damages, equitable and declaratory relief, and recovery of costs and attorney fees to which he may be entitled under Civil Rights Act of 1866 as amended, 42 U.S.C §1982

## COUNT 3 CAUSE OF ACTION
## FTC ACT SECTION 5(a) DECEPTIVE BUSINESS PRACTICES

23. The Defendant, practices as described above constitute deceptive acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45(a).

24. As a result of the Defendant's conduct, the Plaintiff is entitled to all damages associated with the injury to her personal property and business with **treble (3x) damages**, disgorgement of profits, and other equitable relief.

## COUNT 4 CAUSE OF ACTION
## UDAAP ACT DECEPTIVE BUSINESS PRACTICES

25. Funeral homes engaging in deceptive practices like hiding fees, misrepresenting embalming requirements, or using bait-and-switch tactics can violate UDAAP (Unfair, Deceptive, or Abusive Acts or Practices) rules.

26. The Defendant's policies and practices as described above constitute deceptive acts or practices in violation of UDAAP Act.

27. As a result of the Defendant's deceptive acts or practices in violation of UDAAP Act. , the Plaintiff is entitled to all damages associated with the injury to their personal property and economic and non-economical losses , and other equitable relief deemed by the Honorable Court.

## COUNT 5: FEDERAL CAUSE OF ACTION
## INA Document Abuse and Discrimination

28. The Defendant, **ONLY ACCEPTED** certain state issued DLNs and certain issued state ID cards **"DID NOT"** qualify as a document to be used as **"proof of citizenship,"** and **"proof of immigration" statues per the state of Alabama 2025 SB-63/SB-53 and 2011 HB-56/HB-658 " Show-Me -Your - Papers " law requirements.**

29. The Defendant, Greenwood Cemetery. rejected ITINs numbers, **and "ONLY ACCEPTING" Federal SSNs, certain state issued DLNs, and certain state issued IDs cards** for business contacts, these Plaintiff actions constitute INA Act Citizenship status discrimination.

## COUNT 6: STATE CAUSE OF ACTION
## ELDER FINANICAL EXPLOITATION CRIMES

30. Elder financial exploitation (EFE) is "the illegal or improper use of an older adult's funds, property, or assets."

31. The Defendant, Greenwood Cemetery, policies and practices as described above constitute a pattern and practices of violations under the Elder Financial Exploitation (EFE) fraud statutes

32. As a result of the Defendant violations under the Elder Financial Exploitation (EFE) fraud statute, the Plaintiffs are entitled to damages and other equitable relief deemed by the Honorable Court.

## COUNT 7: STATE CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

33. The Defendant conduct and actions constitute intentional infliction of emotional distress on the Plaintiffs that were malicious.

34. The Defendant actions and acts were intended to cause personal harm and economical injuries to the Plaintiffs.

35. The Plaintiffs have suffered severe emotional distress as a direct result of the Defendant unlawful conduct, acts, actions and lawless crimes.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs pray that the jury will award them, based on the facts and circumstances of this case, an amount of money to adequately compensate the Plaintiffs and to sufficiently punish the Defendant so as to deter such action in the future.

**Respectfully Submitted December 17 of 2025.**

By: *(signature)* 12-17-2025

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: *(signature)* 12/17/2025

**Annette B. Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com