IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and          )
ANNETTE B. KELLY,          )
                           )
    Plaintiffs,            )
                           )          CIVIL ACTION NO.
    v.                     )            2:25cv992-MHT
                           )               (WO)
GREENWOOD SERENITY         )
MEMORIAL GARDENS,          )
                           )
    Defendant.             )

OPINION

Pro se plaintiffs Gregory Kelly and Annette B. Kelly, who are frequent litigants in this court and have been declared vexatious litigants[1], filed this lawsuit attempting to assert federal claims against defendant Greenwood Serenity Memorial for violation of 42 U.S.C. § 1981; 42 U.S.C. § 1982; Section 5(a) of the Federal Trade Commission Act; Unfair, Deceptive, or

---

1. See *Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, No. 2:24-cv-348-RAH-JTA, 2025 WL 1271298, at *6 (M.D. Ala. May 1, 2025), report and recommendation adopted, No. 2:24-cv-348-RAH, 2025 WL 1461271, at *1 (M.D. Ala. May 21, 2025); *Kelly v. Ala. State Port Auth.*, No. 2:25-cv-825-RAH-JTA, 2025 WL 4053163, at *10 (M.D. Ala. Nov. 19, 2025), report and recommendation adopted, No. 2:25-cv-825-RAH, 2025 WL 3633214, at *2 (M.D. Ala. Dec. 15, 2025).

Abusive Acts or Practices rules; and the Immigration and Nationality Act; as well as state-law claims under unspecified elder-abuse statutes and for intentional infliction of emotional distress.  Greenwood moved to dismiss all claims.

This case is now before the court on the recommendation of the United States Magistrate Judge that Greenwood's motion to dismiss be granted and the Kellys' complaint dismissed without prejudice, without leave to amend.  The Kellys filed no timely objection to the recommendation.[2]  After an independent and de

---

2. The deadline for filing objections was July 9, 2026.  *See* R. & R. (Doc. 29) at 14.  On July 10, 2026, the Kellys filed a document titled "PLAINTIFFS' SEEK MOTIONS FOR A NEW TRIAL AND INJUNCTIVE RELIEF AND THE RECUSAL OF JUDGE JERUSHA ADAMS DUE TO EXTREME CONSTITUTIONAL LAW VIOLATIONS AND VIOLATIONS UNDER RULES 602 58, 53 AND 11 OF FRCP" (Doc. 30).  In the first line of this document, the Kellys state that they object to and appeal the magistrate judge's rulings. However, the court does not treat this document as an objection to the recommendation, first, because it was filed the day after objections were due and included no request for an extension of time, and, second, because it does not address the reasoning of the recommendation but instead constitutes a delusional rant against

novo review of the record, the court concludes that the recommendation should be adopted, with the following addition.  The court dismisses without leave to amend because the Kellys failed to object to the part of the recommendation stating that the complaint should be denied without leave to amend the complaint, and they did not otherwise seek to amend the complaint.  Based on these facts, the court concludes the Kellys do not have additional facts to allege in an amended complaint or do not wish to amend the complaint, and that granting leave to amend would therefore be futile.

An appropriate order and judgment will be entered.

DONE, this the 3rd day of August, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

judges of this court and others unrelated to the allegations in this case.  The motion will be denied as frivolous.

3