IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and          )
ANNETTE B. KELLY,          )
                           )
     Plaintiffs,           )
                           )          CIVIL ACTION NO.
     v.                    )            2:25cv992-MHT
                           )                (WO)
GREENWOOD SERENITY         )
MEMORIAL GARDENS,          )
                           )
     Defendant.            )

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 29) is adopted with the addition noted in the opinion.

(2) The motions for a new trial, injunctive relief, and recusal (Doc. 30) are denied as frivolous.

(3) Defendant's motion to dismiss (Doc. 12) is granted as to plaintiffs' federal claims only.

(4) Plaintiffs' federal claims are dismissed without prejudice for failure to state a claim upon

which relief may be granted.

(5) Plaintiffs' state-law claims are dismissed without prejudice because the court declines to exercise jurisdiction over them under 28 U.S.C. § 1367(c)(3).

(6) This case is dismissed without prejudice in its entirety without leave to amend.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of August, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2